```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


ANTHONY K. GRAY,              )
                              )
       Plaintiff,             )
                              )
    v.                        )       1:18cv28
                              )
O.B. BUILDERS, INC.           )
                              )
       Defendant.             )
```

**JUDGMENT**

On June 20, 2019, this court entered an Order granting the Defendant's motion for summary judgment on all of Plaintiff's claims except Plaintiff's claims of race discrimination regarding his termination of employment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and 42 U.S.C. § 1981. (Doc. 30.)

Plaintiff's claims of race discrimination came before the court for jury trial beginning October 16, 2019. On October 18, 2019, the jury returned a verdict in favor of Defendant, finding no liability. (Doc. 53.)

In accordance with the court's Order on summary judgment and the jury's verdict, therefore,

IT IS ORDERED AND ADJUDGED that judgment be entered against Plaintiff and in favor of Defendant on all claims, and that all of Plaintiff's claims in this action are DISMISSED WITH PREJUDICE.

Any further application for post-judgment relief, including application for costs and attorneys' fees, shall be filed in accordance with the deadlines set forth by statute, the Federal Rules of Civil Procedure, and this court's Local Rules.

                                          /s/   Thomas D. Schroeder
                                       United States District Judge

October 21, 2019